IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **8:06CR305** |
| vs. | ) | |
| | ) | **TRIAL ORDER** |
| **DONTAE BERRY,** | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the defendant's unopposed motion to continue the trial currently set for December 12, 2006. For good cause shown,

**IT IS ORDERED** that the Motion [15] is granted, as follows:

1. The above-entitled case is scheduled for a jury trial before the Honorable Laurie Smith Camp, District Court Judge, to begin **Tuesday, January 16, 2007 at 9:00 a.m.** in Courtroom No. 2, Third Floor, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska; because this is a criminal case, defendant(s) must be present in person. Counsel will receive more specific information regarding the order of trial from Judge Smith Camp's staff.

2. Counsel for the United States shall confer with defense counsel and, no later than **January 10, 2007**, advise the court of the anticipated length of trial.

3. In accordance with 18 U.S.C. § 3161(h)(A), I find that the ends of justice will be served by granting such motion and outweigh the interests of the public and the defendant in a speedy trial. The additional time arising as a result of the granting of the motion, i.e., the time between **December 12, 2006 and January 16, 2007**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act, 18 U.S.C. § 3161 because counsel require more time to effectively prepare the case, taking into account the exercise of due diligence. The failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(8)(A) & (B).

4. Defendant shall file a waiver of speedy trial as soon as is practicable.

**DATED November 30, 2006.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**