IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 8:06CR305 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **ORDER** |
| v. | ) | |
| | ) | |
| DONTAE BERRY, | ) | |
| | ) | |
| Defendant. | ) | |

THIS MATTER comes before the Court on Defendant's Motion to Seal requesting the MOTION TO REVIEW DETENTION AND REQUEST FOR EVIDENTIARY HEARING be placed under seal. The Court, being fully advised in the premises, finds that said Motion should be granted.

IT IS ORDERED that the MOTION TO REVIEW DETENTION AND REQUEST FOR EVIDENTIARY HEARING shall be filed under seal.

DATED this 20th day of December, 2006.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge